UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| M.D. RUSSEL CONSTRUCTION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONSOLIDATED STAFFING, INC., )<br>)<br>Defendant. )<br>) | **JUDGMENT**<br>7:19-CV-221-BO |

**Decision by Court.**
This cause comes before the Court on defendant Consolidated Staffing's motion for summary judgment and plaintiffs motion for partial summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for extension of time [DE 60] is GRANTED, plaintiffs motion for leave to file excess pages [DE 87] is GRANTED, plaintiff's motion to strike (DE 91) is DENIED, and plaintiffs motion for partial summary judgment [DE 77] is DENIED. Defendant's motion to strike [DE 75] is DENIED and defendant's motion for summary judgment [DE 53] is GRANTED.

Judgment is entered in defendant's favor on plaintiff's claims as well as on defendant's counterclaim in the amount of $38,810.37 plus attorney fees of 20% of the invoiced amount and close the case.

This case is closed.

**This judgment filed and entered on March 23, 2022, and served on:**
Blake Boyette (via CM/ECF Notice of Electronic Filing)
Joseph Frost (via CM/ECF Notice of Electronic Filing)
Philip Hinson (via CM/ECF Notice of Electronic Filing)
Kevin Parsons (via CM/ECF Notice of Electronic Filing)
Mark Stafford (via CM/ECF Notice of Electronic Filing)
D. Martin Warf (via CM/ECF Notice of Electronic Filing)

                                                     PETER A. MOORE, JR., CLERK

March 23, 2022

                                                     /s/ Peter A. Moore, Jr.