UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| M.D. RUSSELL CONSTRUCTION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONSOLIDATED STAFFING, INC., )<br>)<br>Defendant. )<br>) | **JUDGMENT<br>ON ATTORNEY FEES**<br>7:19-CV-221-BO |

**Decision by Court.**
This cause comes before the Court on defendant Consolidated Staffing's supplemental motion for attorney fees. [DE 122].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's supplemental motion for attorney fees [DE 122] is DENIED.

**This judgment filed and entered on August 30, 2024, and served on:**
Blake Boyette (via CM/ECF Notice of Electronic Filing)
Joseph Frost (via CM/ECF Notice of Electronic Filing)
Philip Hinson (via CM/ECF Notice of Electronic Filing)
Kevin Parsons (via CM/ECF Notice of Electronic Filing)
Mark Stafford (via CM/ECF Notice of Electronic Filing)
D. Martin Warf (via CM/ECF Notice of Electronic Filing)

August 30, 2024

PETER A. MOORE, JR., CLERK

/s/ Peter A. Moore, Jr.